STUBBS *v.* THE STATE.

Practice in Supreme Court.

BLECKLEY, C. J.—This case is controlled by the act of November 11th, 1889, prescribing the method of bringing cases to the Supreme Court. Moreover, the brief of evidence is a mere report of the trial by questions and answers, and is not such a brief as the law contemplates.                                *Writ of error dismissed.*

March 16, 1891. Argued at the last term.

HOYL & PARKS, by HARRISON & PEEPLES, for plaintiff in error.

J. M. GRIGGS, solicitor-general, by brief, *contra.*